IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN RICHARD REYNOLDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 22-1701 |
| | ) |
| ZACHARY R. WINTER | ) |
| and | ) |
| UNITED STATES FIRE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Kevin Richard Reynolds, by counsel, and files his Complaint for Damages, and in support of his causes of action against the Defendants, and each of them, alleges and says:

### I.  INTRODUCTION

This is an action brought by Kevin Richard Reynolds against Defendant, Zachary R. Winter, on a theory of common law negligence.  Additionally, Plaintiff brings this action against Defendant, United States Fire Insurance Company, pursuant to a contract theory, as a "insured" individual under his employer's uninsured motorist coverage.

### II.  PARTIES

1. At all times relevant to this litigation, Plaintiff Kevin Reynolds was a single adult male residing in, and a citizen of, Walbridge, Ohio.

2. At all times relevant to this litigation, Defendant, Zachary R. Winter, was an adult citizen and residing in Indianapolis, Indiana.

3. At all times relevant to this litigation, Defendant, United States Fire Insurance Company, was a duly-incorporated business pursuant to the laws of the state of New Jersey. Further, said insurance company's principal place of business was Morristown, New Jersey.

### III.  JURISDICTION

4. The Court has jurisdiction over this cause of action because diversity of citizenship of the parties exists pursuant to 28 U.S.C. § 1332. The amount in controversy, exclusive of fees and costs, exceeds the jurisdictional amount of $75,000.

5. All of the events, transactions, and occurrences pertinent to this lawsuit have occurred within the geographical environs of the Southern District of Indiana. Therefore, venue is proper in this Court pursuant to 28 U.S.C. § 1391.

### IV.  LEGAL CLAIMS
### COUNT I:  NEGLIGENCE

6. All of the facts and circumstances complained of herein, including the causes of action arising out of the insurance-contract action, occurred in the Township of Lawrence, County of Marion, State of Indiana.

7. On the date of the collision complained of, Kevin Reynolds was employed as a professional semi driver by Dayton Freight Lines, Inc. located in Vandalia, Ohio.

8. Defendant Zachary R. Winter, on the date of the complained-of collision, was an adult resident of the State of Indiana, living in the City of Indianapolis, County of Marion.

9. The accident which gives rise to the claims, losses and injuries complained of in this Complaint occurred on or about September 5, 2020 on I-465 northbound near the 40.6 mile marker in the Township of Lawrence, County of Marion, State of Indiana.

10. On September 5, 2020 at or near the aforementioned location on I-465 north, Plaintiff was operating a commercial motor vehicle, namely a white 2018 International LT625, conventional cab, and pulling a semi-trailer.  The Defendant Zachary R. Winter was involved in an earlier motor vehicle accident while driving his four-door black 2012 Chrysler 200 ahead of Plaintiff.

11. Defendant Zachary R. Winter was negligent and careless in that he created an obstruction in the driving lane northbound on I-465 north by failing to remove his vehicle from said traveling lane.  Further, the Defendant exacerbated his threshold negligence by leaving said vehicle in the northbound travel lane without any illumination or lights or otherwise providing for any warning that would place the public on notice that his vehicle constituted a dangerous and hazardous condition upon the roadway.

12. Both in the collision between the Defendant and another semi being driven by Ahmed Jawad and the subsequent collision with the Plaintiff, Defendant Zachary R. Winter was operating his motor vehicle in a careless and negligent manner.

13. As a result of the aforementioned facts and circumstances, Plaintiff Kevin Richard Reynolds has received severe permanent physical injuries which have required reasonable medical care and economic loss which has been occasioned by mental pain and suffering.

WHEREFORE, Plaintiff, by counsel, requests that he be awarded an amount that will adequately and reasonably compensate him for his losses and for all other relief proper in these premises.

## COUNT II:  CONTRACT-UNINSURED MOTORIST CLAIM

Comes now the Plaintiff, Kevin Richard Reynolds, by counsel, and in support of his underinsured claim against Defendant United States Fire Insurance Company, alleges and says:

14. Plaintiff incorporates by reference all of the material allegations contained in this Complaint as enumerated in Count I.

15. At the time of the collision complained of, Plaintiff was an insured under a policy of insurance between the Defendant United States Fire Insurance Company through his employer Dayton Freight Lines, Inc.

16. Plaintiff has reasonable belief that his damages will exceed the relevant coverage of the Defendant Zachary R. Winter, the primary tortfeasor, under the facts and circumstances in this case.

17. On or about September 5, 2020, the collision referred to above resulted in the filing of two standard accident reports, both attributing fault to the Defendant Zachary R. Winter.  Thus, Plaintiff maintains that liability against Defendant Zachary R. Winter will be established.  However, the Defendant Zachary R. Winter's coverage will not be sufficient to reasonably and adequately compensate Plaintiff.

18. Based upon best knowledge and belief, the equipment being operated by Plaintiff Kevin Reynolds at the time of his losses was owned by Dayton Freight Lines, Inc., his employer, and was a covered vehicle under a policy of insurance, with

uninsured and underinsurance coverage, written by Defendant United States Fire Insurance Company.

19. Plaintiff is not in possession of the aforementioned policy of insurance but Defendant United States Fire Insurance Company has a copy of same and has actual knowledge of the collision which is the subject of this litigation.

WHEREFORE, Plaintiff, by counsel, requests that he be awarded an amount that will adequately and reasonably compensate him for his losses; over and above the damages paid by defendant Zachary Winter, and for all other relief proper in these premises.

Respectfully submitted,

*s/Richard D. Hailey*
Richard D. Hailey, #7375-49
RAMEY & HAILEY
P.O. Box 40849
Indianapolis, IN 46240
Telephone: (317) 582-0000
Facsimile:  (317) 582-0080
Email:  rich@rameyandhaileylaw.com
*Attorney for Plaintiff, Kevin R. Reynolds*